IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALIVIA BLOUNT,

          Plaintiff,

   v.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA, et al.,

          Defendants.

Case No. 25-cv-10852-CRB

**ORDER DENYING MOTION FOR A TEMPORARY RESTRAINING ORDER**

On January 8, 2026, the Court denied Plaintiff's motion for a temporary restraining order ("TRO") and preliminary junction and dismissed the case based on domestic relations abstention principles. Dkt. 30. Plaintiff moved for reconsideration and then again requested an immediate ruling so she could properly appeal this Court's decision. Dkts. 31, 37. On March 3, 2026, the Court ordered Defendants to respond to Plaintiff's motion for reconsideration and request for ruling by March 6. Dkt. 38. Despite the pending briefing and review, Plaintiff filed a motion for another TRO on the same day as that order. Dkt. 39. The Court denies Plaintiff's motion as the reasoning in its original TRO order is still applicable. Moreover, Plaintiff's cited irreparable harm is purely financial—based on a garnishment of her income. Id. a 2. But "economic injury alone does not support a finding of irreparable harm." Rent–A–Center, Inc., 944 F.2d 597, 603 (9th Cir.1991). And "the temporary loss of income, ultimately to be recovered, does not usually constitute irreparable injury." Sampson v. Murray, 415 U.S. 61, 90 (1974).

The Court will evaluate Plaintiff's motion for reconsideration after the expedited briefing.

For the foregoing reasons, the Court **DENIES** Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: March 4, 2026

CHARLES R. BREYER
United States District Judge